

IT IS SO ORDERED.
Signed June 22, 2015

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 14-51300-ASW |
| Robert Andrew Shields and Louise Shields, | Chapter 13 |
| Debtors. | Date: June 30, 2015 |
| | Time: 10:00 a.m. |

**TENTATIVE DECISION GRANTING MOTION TO DISMISS**

This case is over 15 months old.  The case shall be dismissed on **October 31, 2015**, if not confirmed or converted by that date.  The Trustee shall submit a proposed order to that effect.

The Trustee has moved to dismiss this case for unreasonable delay prejudicial to creditors under 11 U.S.C. § 1307(c)(1) based on the failure to resolve the Trustee's objections to confirmation which have been pending since **May 5, 2014.**

The Debtors filed an opposition on **June 11, 2015**.  The opposition states that Debtors are disputing the IRS's claim amount, which has an effect on the Trustee's objection pertaining to the plan term.  (However, no objection to the IRS's claim has been filed in the case.)  Debtors also plan to file amended

schedules B and C to address other objection points, and Debtors are trying to obtain the requested pay advices from a former employer.

The Trustee's most recent objection filed on **July 15, 2014** contains **four** points:

1. The plan term is 70 months.
2. The plan needs to be amended to state that unsecured creditors shall receive no less than $7,150.
3. Mr. Shields must provide pay advices or a declaration.
4. Schedule B must be amended to list a tax refund.

There are no pending creditor objections.

**When** will Debtors file an Objection to the IRS claim? What **exactly** has **counsel** for Debtors done to resolve the IRS claim and **when** was that done? What have **Debtors** done to resolve the IRS claim and when?

**\*\*\* End of Tentative Decision \*\*\***

|   |                                  |
|---|----------------------------------|
| 1 | Court Service List               |
| 2 |                                  |
| 3 | Stanley Phan<br>Phan Law Firm, Inc.<br>2092 Concourse Dr. #49 |
| 4 | San Jose, CA 95131               |
| 5 |                                  |
| 6 | Robert Andrew Shields<br>Louise Shields<br>7450 Alexander Street |
| 7 | Gilroy, CA 95020                 |